UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| DAVID MACK and ISRAEL GARCIA, On Behalf of Themselves and Others Similarly Situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>THE CBE GROUP, INC., an Iowa Corporation,<br><br>           Defendant. | Case No.: 6:14-cv-02048-LRR<br><br>**PLAINTIFFS' DISCLOSURE STATEMENT** |

As required by LR 7.1 and LR 81.c and d, Plaintiffs in this case provide the following information to the Court:

*(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiffs as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Plaintiffs' outcome in the case:*

None

*(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

N/A

Dated: August 14, 2014             */s/ James L. Davidson*

                                                    JAMES L. DAVIDSON (pro hac vice)
                                                    Greenwald Davidson PLLC
                                                    5550 Glades Road, Suite 500
                                                    Boca Raton, FL 33431
                                                    Telephone: 561.826.5477
                                                    Fax: 561.961.5684
                                                    jdavidson@mgjdlaw.com
                                                    Counsel for Plaintiffs and the proposed Class

1

>JD HAAS, AT0003014
>JD Haas and Associates, PLLC
>10564 France Avenue South
>Bloomington, MN 55431
>Telephone: 952.345.1025
>Fax: 952.854.1665
>jdhaas@attorneysforconsumers.com
>Co-Counsel for Plaintiffs and the proposed
>Class

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on August 14, 2014, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

>*/s/ James L. Davidson*
>James L. Davidson