UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| DAVID MACK and ISRAEL GARCIA, On Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>THE CBE GROUP, INC., an Iowa Corporation,<br><br>Defendant. | Case No. 6:14-cv-02048<br><br><br>**UNRESISTED MOTION FOR EXTENSION OF TIME TO MOVE OR PLEAD** |

Defendant, The CBE Group, Inc., files this Unresisted Motion for Extension of Time to Move or Plead, which requests an extension of time up to and including October 3, 2014, in which Defendant may move or plead in response to Plaintiffs' Complaint. In support of its motion, Defendant states:

1. On July 31, 2014, Plaintiffs filed their Complaint with this Court. Defendant has been served and is required to move or plead in response to Plaintiffs' Complaint by September 3, 2014.

2. The undersigned was recently engaged to represent Defendant and needs additional time to become familiar with the case.

3. Plaintiffs' counsel has been contacted and does not oppose the requested time extension, and the requested time extension will not prejudice the interest of any party or delay this litigation. No prior time extensions have been requested or granted regarding this issue.

There are no other deadlines established in this case impacted by the requested extension, and there are no trial or pretrial conference dates.

WHEREFORE, Defendant, The CBE Group, Inc., requests up to and including October 3, 2014, in which to move or plead in response to Plaintiffs' Complaint.

/s/ Benjamin P. Roach     AT0006588
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA  50309
Telephone:  515-283-3100
Facsimile:  515-283-3108
E-Mail:  bproach@nyemaster.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

   I hereby certify that on September 3, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

JD Haas
JD Haas & Associates, PLLC
10564 France Avenue South
Bloomington, MN  55431
Telephone:  952-345-1025
Email:   jdhaas@attorneysforconsumers.com

James L. Davidson (*admission pro hac vice*)
Greenwald Davidson, PLLC
5550 Glades Road, Suite 500
Boca Raton, FL  33431
Telephone:  561-826-5477
Email:   jdavidson@mgjdlaw.com

ATTORNEYS FOR PLAINTIFFS

               /s/ Benjamin P. Roach
               NYEMASTER GOODE, P.C.
               700 Walnut Street, Suite 1600
               Des Moines, IA  50309
               Telephone: 515-283-3100
               Facsimile:  515-283-3108
               E-mail:  bproach@nyemaster.com