IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| DAVID MACK and ISRAEL GARCIA, On Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CBE GROUP, INC., an Iowa Corporation<br><br>Defendant. | No. C14-2048<br><br>ORDER EXTENDING DEADLINE TO MOVE OR PLEAD |

This matter comes before the Court on the Unresisted Motion for Extension of Time to Move or Plead (docket number 8) filed by the Defendant on September 3, 2014. Because counsel "was recently engaged to represent Defendant and needs additional time to become familiar with the case," Defendant seeks an extension of the deadline in which to move or plead in response to Plaintiffs' complaint. According to the motion, counsel for Plaintiffs "does not oppose" the request. The Court finds the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Extension of Time (docket number 8) filed by Defendant is **GRANTED**. The deadline for Defendant to move or plead is **EXTENDED** to **October 3, 2014**.

DATED this 3rd day of September, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA