UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

———————————————————— x
DAVID MACK and ISRAEL GARCIA, On : Case No.: 6:14-cv-02048-LRR
Behalf of Themselves and Others Similarly :
Situated, :
 :
 : SCHEDULING ORDER AND
                        Plaintiffs, : DISCOVERY PLAN
 :
vs. :
 :
THE CBE GROUP, INC., an Iowa :
Corporation, :
 :
                        Defendant. :
———————————————————— x

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? x yes _____ no

*If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity. If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:* **November 18, 2014**

    2. Deadline for motions to add parties: **December 31, 2014**

    3. Deadline for motions to amend pleadings: **December 31, 2014**

    4. Expert witnesses disclosed by:    a) Plaintiff: **March 27, 2015**

                                                    b) Defendant: **May 27, 2015**

                                                    c) Plaintiff Rebuttal: **June 10, 2015**

    5. Deadline to file Motion for Class Certification: **September 30, 2015**

    6. Deadline for *completion* of discovery: **December 31, 2015**

7. Dispositive motions deadline (*at least 120 days before Trial Ready Date*): **January 29, 2016**

8. Trial Ready Date (*at least 120 days after Dispositive Motions Date*): **May 27, 2016**

9. Has a jury demand been filed? **Yes.**

10. Estimated length of trial: **3-4 days if a class is certified, 1-2 days if no class is certified**

11. Settlement conference (choose one of the following): **A court-sponsored settlement conference is not necessary at this time.**

12. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)? _____ yes  x no

13. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)? **No.**

| */s/ James L. Davidson* | */s/ Benjamin P. Roach* |
|---|---|
| **JAMES L. DAVIDSON** (*pro hac vice*) Greenwald Davidson PLLC 5550 Glades Road, Suite 500 Boca Raton, FL 33431 Telephone: 561.826.5477 Facsimile: 561.961.5684 jdavidson@mgjdlaw.com Lead Counsel for Plaintiffs<br><br>**JD HAAS, AT0003014** JD Haas and Associates, PLLC 10564 France Avenue South Bloomington, MN 55431 Telephone: 952.345.1025 Facsimile: 952.854.1665 jdhaas@attorneysforconsumers.com Co-Counsel for Plaintiffs | **BENJAMIN P. ROACH, AT0006588** Nyemaster Goode, P.C. 700 Walnut Street, Suite 1600 Des Moines, IA 50309 Telephone: 515.283.3100 Facsimile: 515.283.3108 bproach@nyemaster.com Counsel for Defendant |

**JUDGE'S REVISIONS**

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan __X__ is _____ is **not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

__X__ will not be scheduled at this time.

\_\_\_ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the _____ day of _____, at _____ o'clock, \_\_\_.m.

\_\_\_ will be held by telephone conference, initiated by the court, on the _____ day of _____, at _____ o'clock, \_\_\_.m.

DATED this __28th__ day of __October, 2014__.

_____
UNITED STATES MAGISTRATE JUDGE

3

Case 6:14-cv-02048-LRR   Document 12   Filed 10/28/14   Page 3 of 3