UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

---

DAVID MACK and ISRAEL GARCIA, On Behalf of Themselves and Others Similarly Situated,

        Plaintiffs,

vs.

THE CBE GROUP, INC., an Iowa Corporation,

        Defendant.

**Case No.: 6:14-cv-02048-LRR**

---

Plaintiffs David Mack and Israel Garcia and Defendant the CBE Group, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own fees and costs.

| */s/ James L. Davidson* | */s/ Benjamin P. Roach* |
|---|---|
| **JAMES L. DAVIDSON** (*pro hac vice*)<br>Greenwald Davidson Radbil PLLC<br>5550 Glades Road, Suite 500<br>Boca Raton, FL 33431<br>Telephone: 561.826.5477<br>Facsimile: 561.961.5684<br>jdavidson@gdrlawfirm.com<br>Lead Counsel for Plaintiffs<br><br>**JD HAAS, AT0003014**<br>JD Haas and Associates, PLLC<br>10564 France Avenue South<br>Bloomington, MN 55431<br>Telephone: 952.345.1025<br>Facsimile: 952.854.1665<br>jdhaas@attorneysforconsumers.com<br>Co-Counsel for Plaintiffs | **BENJAMIN P. ROACH, AT0006588**<br>Nyemaster Goode, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309<br>Telephone: 515.283.3100<br>Facsimile: 515.283.3108<br>bproach@nyemaster.com<br><br>**TODD P. STELTER**<br>Hinshaw & Culbertson LLP<br>222 N LaSalle Street, Suite 300, Chicago, IL 60601<br>Telephone: 312.704.3966<br>Facsimile: 312.704.3001<br>tstelter@hinshawlaw.com<br>Counsel for Defendant |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed using the Court's CM/ECF system on January 26, 2016 which will provide notice to Defendant's counsel of record:

Ben Roach
Nyemaster Goode, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309
T: (515) 283-8158
F: (515) 283-8045
bpr@nyemaster.com

Todd P. Stelter
Hinshaw & Culbertson LLP
222 N LaSalle Street, Suite 300
Chicago, IL 60601
T: (312) 704-3966
F: (312) 704-3001
tstelter@hinshawlaw.com

                                             */s/ James L. Davidson*
                                                James L. Davidson